United States District Court
WESTERN DISTRICT OF NEW YORK

JEROME NATHAN GRANT

v.

UNTIED STATES MARSHAL SERVICE
WESTERN DISTRICT OF New York, et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 16-CV-866-A

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that pursuant to Fed. R. Civ. P.12(b) (1), the action is dismissed for lack of subject matter jurisdiction without prejudice to any cognizable suit against the United States under the Federal Tort Claims Act.

Date: February 14, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
   Deputy Clerk